UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELVIS BUTLER,<br><br>                        Plaintiff,<br><br>          -against-<br><br>NIAGARA CREDIT SOLUTIONS, INC,<br><br>                        Defendant. | NOTICE OF SETTLEMENT<br><br>WITHDRAW MOTION OF DEFAULT JUDGEMENT |

NOW COMES the Plaintiff, ELVIS BUTLER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

    Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter and that the court set aside the Default that was entered on July 31, 2009.

///

///

///

RESPECTFULLY SUBMITTED,

                                                       By:__/s/ Adam T. Hill_____
                                                       Adam T. Hill,
                                                       Attorney for Plaintiff
                                                       Krohn & Moss, Ltd.
                                                        120 W. Madison St., 10th Fl.
                                                        Chicago, IL 60602
                                                        phone: (312) 578-9428

fax: (866) 802-0021
e-mail: ahill@consumerlawcenter.com