UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELVIS BUTLER,<br><br>               Plaintiff,<br><br>    -against-<br><br>NIAGARA CREDIT SOLUTIONS, INC.<br><br>              Defendant. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>Case No. 1:09-cv-00293-RJA |

ELVIS BUTLER (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, NIAGARA CREDIT SOLUTIONS, INC. (Defendant), in this case.

       Both sides to bear their own costs and expenses.

       RESPECTFULLY SUBMITTED,

       By: /s/ Adam T. Hill
       Adam T. Hill
       Krohn & Moss, Ltd.
       120 W. Madison St., 10th Fl.
       Chicago, IL 60602
       Tel.: 312-578-9428
       Fax: 866-802-0021
       ahill@consumerlawcenter.com
       Attorney for Plaintiff